UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

BEVERLY ELAINE NELSON,

        Plaintiff,                                 3:13 - CV- 1758 (CSH)

v.

MAUREEN BAIRD, ET AL.,

        Defendants.                                 JUNE 4, 2014

**ORDER**

**HAIGHT, Senior District Judge:**

      The petitioner, Beverly Elaine Nelson, has filed a document that she describes as a petition for writ of habeas corpus challenging her 2012 federal conviction. A jury in the United States District Court for the District of Maryland convicted the petitioner of one count of Reentry of Deported Alien After Aggravated Felony Conviction in violation of 8 U.S.C. §1326(a)&(b)(2). *See United States v. Nelson*, AW-8-12-CR-0061-001 (D. Md. July 6, 2012). On November 12, 2012, a judge sentenced the petitioner to twenty-seven months of imprisonment followed by three years of supervised release. *Id.* The petition as written is largely unintelligible [Doc. 1], and fails to state specifically any causes of action or claims against the defendant.

      Local Rule 8(b) requires that petitions for writ of habeas corpus and motions to set aside or vacate a sentence pursuant to 28 U.S.C. § 2255 be filed on Court forms. The habeas petition is not on a form approved by this Court.

      Federal Bureau of Prisons records reflect that correctional officials at FCI Danbury discharged the petitioner from prison on January 23, 2014. Rule 83.1(c) of the Local Civil Rules

of the United States District Court for the District of Connecticut requires a pro se party to provide the Court with a written notice indicating an address within Connecticut where he can be served with motions, pleadings and other court documents filed in his case.  To date, the petitioner has not informed the Court of her new address.  Nor has the petitioner made any other attempts to contact the Court since November 2013.

The Court directs the petitioner to file an Amended Petition on a Section 2241 Court form and submit a written notice of her current mailing address on or before July 7, 2014.  The Clerk is directed to send the petitioner an Amended Section 2241 Habeas Corpus Petition form with a copy of this order.  Failure to file an Amended Petition or a written notice of her current mailing address by July 7, 2014 will result in dismissal of this action without further notice from the Court.

It is SO ORDERED.

Dated:  New Haven, Connecticut
        June 4, 2014

　　　　　　　　　　　　　　　　　　　 /s/Charles S. Haight, Jr.
　　　　　　　　　　　　　　　　　　　CHARLES S. HAIGHT, JR.
　　　　　　　　　　　　　　　　　　　Senior United States District Judge